**No. 48062.**—Protests 72927–K, etc., of A. D. Cohen Co. et al. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protests were sustained.